UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20060-CR-BLOOM

UNITED STATES OF AMERICA

vs.

LILLIAN JOSEPHINE MADRIGAL,

Defendant.
_____/

## FACTUAL PROFFER

Defendant, LILLIAN JOSEPHINE MADRIGAL (hereinafter referred to as "the defendant"), her counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

From July 2016 through June 2017, the defendant worked as an accounting clerk for Company 1, which was based in Miami, Florida and specialized in creating and testing brand and product names for pharmaceutical and consumer products. As part of Company 1's market research services, Company 1 maintained a large database of professionals who responded to specialized surveys. Company 1 paid these survey participants, by check or PayPal, a certain amount of money for each survey completed. Survey participants registered their information on Company 1's website and selected a preferred method of payment. Those participants who selected payment by check provided a mailing address, while those participants who selected payment by PayPal provided their PayPal email address. On a weekly basis, Company 1's accounting department would receive a list of closed surveys along with the list of participants to issue payments. For those participants who selected PayPal, the accounting department would upload and submit the list through the "Mass Payments" tool on the PayPal website. Once

uploaded, PayPal would instantly transfer funds from Company 1's PayPal account to the survey participants' individual PayPal accounts.

As the accounting clerk, the defendant was responsible for uploading the list of survey participants to PayPal for payment. From February 2, 2017 through August 18, 2017, the defendant and her co-conspirators created PayPal accounts with email addresses that closely resembled the email addresses of Company 1's survey participants. The defendant fraudulently added PayPal email addresses that she and her co-conspirators created and controlled to the list of Company 1 survey participants for payments. The defendant thereafter logged into Company 1's PayPal email account and uploaded the tampered files containing the list of survey participants, which fraudulently included the PayPal email addresses that she and her co-conspirators created and controlled. Once uploaded, PayPal instantly transferred funds via interstate wire from Company 1's PayPal account to all participants on the list, including the PayPal accounts that the defendant and her co-conspirators created and controlled. In total, the defendant fraudulently induced Company 1 to process 126 fraudulent payments for a total loss amount of $88,073. The defendant and her co-conspirators thereafter fraudulently transferred funds from the PayPal accounts that she and her co-conspirators created and controlled to their personal PayPal accounts and their personal bank accounts.

The Parties agree that the above facts, which do not include all the facts known to the United States and Lillian Josephine Madrigal, are sufficient to prove the defendant's violations of 18 U.S.C. § 1349 in the above-referenced matter.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 7/31/2020

By: _____
MARTY FULGUEIRA ELFENBEIN
ASSISTANT UNITED STATES ATTORNEY

Date: 8/25/2020

By: _____
PAUL DOMENIC PETRUZZI
ATTORNEY FOR DEFENDANT

Date: 8/25/2020

By: _____
LILLIAN JOSEPHINE MADRIGAL
DEFENDANT